UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MADELAINE CHOCOLATE
NOVELTIES, d/b/a THE MADELAINE
CHOCOLATE COMPANY,

                       Plaintiff,                  JUDGMENT
                                                    15-CV-5830 (RJD)(SMG)(GRB)
    - against –

GREAT NORTHERN INSURANCE COMPANY,

                     Defendants.
------------------------------------------------------------ X

      A Memorandum & Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on September 26, 2017, adopting in its entirety the Report and Recommendation of Magistrate Judge Gary R. Brown dated June 20, 2017; granting Great Northern's motion for summary judgment; and denying Madelaine's motion; it is

      ORDERED and ADJUDGED that the defendant Great Northern's motion for summary judgment is granted; and that the plaintiff Madelaine's motion is denied.

Dated: Brooklyn, NY                                        Douglas C. Palmer
September 27, 2017                                     Clerk of Court

                                                  By:   */s/Jalitza Poveda*
                                                          Deputy Clerk