

April 19, 2019

**Thomas McKay, III**
Certified by the Supreme Court of New Jersey as a civil trial attorney
Direct Phone   856-910-5012
Direct Fax        877-259-7983
tmckay@cozen.com

**VIA E-MAIL (EMJOYCE@JONESDAY.COM;
JLISSY@JONESDAY.COM;
JGROSS@JONESDAY.COM)
VIA HAND DELIVERY**

Edward M. Joyce, Esquire
Jason B. Lissy, Esquire
James M. Gross, Esquire
Jones Day
250 Vessey Street
New York, NY  10281-1047

Re:   Madelaine Chocolate Novelties, Inc. v. Great Northern Insurance Company
        Civil Action No. 1:15-cv-05830-RJD

Dear Counsel:

Enclosed please find the following documents in connection with the above-referenced action:

(i) Defendant Great Northern Insurance Company's Notice of Renewed Cross-Motion for Summary Judgment;
(ii) Memorandum of Law of Great Northern Insurance Company in Support of its Renewed Cross-Motion for Summary Judgment;
(iii) Supplemental Affidavit of Thomas McKay, III in Further Support of Defendant Great Northern Insurance Company's Cross-Motion for Summary Judgment Following Remand with exhibits;
(iv) Supplemental Statement of Undisputed Material Facts by Defendant Great Northern Insurance Company Pursuant to Local Rule 56.1 in Further Support of Defendant's Renewed Cross-Motion for Summary Judgment and Memorandum of Law Following Remand;
(v) Proposed Order; and
(vi) Certificate of Service.

Thank you.

Sincerely,

Cozen O'Connor, PC

By:   Thomas McKay, III

TM
Enclosures

457 Haddonfield Road Suite 300 P.O. Box 5459 Cherry Hill, NJ 08002
856.910.5000    800.989.0499    856.910.5075 Fax    cozen.com
Raymond G. Console attorney responsible for New Jersey practice.

Edward M. Joyce, Esquire
April 19, 2019
Page 2
_____

cc:    Richard M. Mackowsky, Esq.
       Melissa Brill, Esq.
       Charles J. Jesuit, Jr., Esq.
       Stephen S. Kempa, Esq.
       Philip C. Silverberg, Esq.
       Hilary M. Henkind, Esq.