# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281-1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3676
JLissy@jonesday.com

May 10, 2019

**VIA E-MAIL**

Thomas McKay, III
Melissa Brill
Cozen O'Connor
45 Broadway, 16th Floor
New York, New York 10006
tmckay@cozen.com
mbrill@cozen.com

Philip C. Silverberg
Mound Cotton Wollan & Greengrass LLP
One New York Plaza
44th Floor
New York, NY 10004
psilverberg@moundcotton.com

Richard Mackowsky
Charles J. Jesuit, Jr.
Stephen S. Kempa
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
rmackowsky@cozen.com
cjesuit@cozen.com
skempa@cozen.com

Re: *Madelaine Chocolate Novelties, Inc. v. Great Northern Insurance Company*, Civil Action No 1:15-cv-05830-RJD-SMG

Dear Counsel:

Pursuant to the directions of the Court's February 28, 2019 Order and Fed. R. Civ. P. 5(b)(2)(E), enclosed for service on behalf of Plaintiff Madelaine Chocolate Novelties, Inc. (d/b/a The Madelaine Chocolate Company) please find copies of the following:

1. Plaintiff's Memorandum of Law in Opposition to Defendant Great Northern Insurance Company's Motion for Summary Judgment

2. Plaintiff's Counterstatement of Facts Pursuant to Local Civil Rule 56.1

3. Affidavit of James M. Gross with Accompanying Exhibits

Should you have any questions, please do not hesitate to contact our office.

JONES DAY

May 10, 2019
Page 2

Very truly yours,

Jason B. Lissy

Enclosures

Cc: Edward M. Joyce (emjoyce@jonesday.com)
James M. Gross (jgross@jonesday.com)