

May 10, 2019

**Thomas McKay, III**
Certified by the Supreme Court of New Jersey as
a civil trial attorney
Direct Phone    856-910-5012
Direct Fax       877-259-7983
tmckay@cozen.com

**VIA E-MAIL (EMJOYCE@JONESDAY.COM;**
**JLISSY@JONESDAY.COM; JGROSS@JONESDAY.COM)**
**VIA HAND DELIVERY**

Edward M. Joyce, Esquire
Jason B. Lissy, Esquire
James M. Gross, Esquire
Jones Day
250 Vessey Street
New York, NY  10281-1047

**Re:    Madelaine Chocolate Novelties, Inc. v. Great Northern Insurance Company**
**Civil Action No. 1:15-cv-05830-RJD**

Dear Counsel:

Enclosed please find the following documents in connection with the above-referenced action:

    (i)     Opposition of Great Northern Insurance Company to Plaintiff's Motion For Summary Judgment Regarding The Policy's Coverage;

    (ii)    Defendant Great Northern Insurance Company's Response to Plaintiff Madelaine Chocolate Novelties, Inc.'S (d/b/a The Madelaine Chocolate Company) Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

    (iii)    Second Supplemental Affidavit Of Thomas McKay, III In Opposition to Madelaine Chocolate Novelties, Inc.'S (d/b/a The Madelaine Chocolate Company) Motion For Summary Judgment Regarding The Policy's Coverage; and

    (iv)    Certificate of Service.

Thank you.

Sincerely,
Cozen O'Connor, PC

By:     Thomas McKay, III

TM
Enclosures

---

457 Haddonfield Road Suite 300 P.O. Box 5459 Cherry Hill, NJ 08002
856.910.5000    800.989.0499    856.910.5075 Fax    cozen.com
Raymond G. Console attorney responsible for New Jersey practice.

Edward M. Joyce, Esquire
May 10, 2019
Page 2

_____

cc:    Richard M. Mackowsky, Esq.
        Melissa Brill, Esq.
        Charles J. Jesuit, Jr., Esq.
        Stephen S. Kempa, Esq.
        Philip C. Silverberg, Esq.
        Hilary M. Henkind, Esq.