UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MADELINE CHOCOLATE NOVELTIES, INC.
D/B/A THE MADELAINE CHOCOLATE
COMPANY,

                Plaintiff,

-against-

GREAT NORTHERN INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

Case No. 1:15-cv-05830-RJD-SMG

**DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S NOTICE OF RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE, that pursuant to the briefing schedule set forth by the Hon. Steven M. Gold by order dated February 28, 2019, upon the Supplemental Affidavit of Thomas McKay, III, sworn to the 18th day of April, 2019, with exhibits D14-18 annexed thereto, and the accompanying Local Civil Rule 56.1 Supplemental Statement of Undisputed Material Facts, and Memorandum of Law and authorities cited therein, Defendant Great Northern Insurance Company will move the Hon. Raymond J. Dearie of the U.S. District Court for the Eastern District of New York at the Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, on June 19, 2019 at noon, as fixed by the Court in the aforementioned case management order dated February 28, 2019, or as soon thereafter as counsel can be heard, for an Order, pursuant to Federal Rule of Civil Procedure 56 and Rule 56.1 of the Local Civil Rules of the United States District Court for the Eastern District of New York, granting Defendant Great Northern Insurance Company's summary judgment and dismissing Plaintiff Madelaine Chocolate Novelties, Inc. d/b/a The Madelaine Chocolate Company's Complaint as a matter of law.

        Respectfully submitted:

        MOUND COTTON WOLLAN & GREENGRASS LLP

        BY: /s/ Philip C. Silverberg

            Philip C. Silverberg (PS 8110)
            Hilary M. Henkind (HH 5801)
            One New York Plaza, 44th Floor
            New York, NY 10004
            Phone: (212) 804-4257
            Facsimile: (212) 344-8066

        COZEN O'CONNOR
        A Pennsylvania Professional Corporation

            Thomas McKay, III (TM 9676)
            Richard M. Mackowsky (RM 6426)
              (admitted pro hac vice)
            Melissa Brill (MB 4374)
            Charles J. Jesuit (CJ 9977)
            (admitted *pro hac vice*)
            45 Broadway, 16th Floor
            New York, New York 10006
            Phone: (212) 509-9400
            Facsimile: (866) 825-3144

            *Attorneys for Defendant*
            *Great Northern Insurance Co.*

Dated: April 19, 2019
New York, New York