UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
MADELAINE CHOCOLATE NOVELTIES, INC.
D/B/A THE MADELAINE CHOCOLATE
COMPANY,

                Plaintiff,

        - against -                              1:15-CV-5830 (RJD)
                                                 **VERDICT FORM**

GREAT NORTHERN INSURANCE
COMPANY,

                Defendant.
-------------------------------------------------------- x

Please answer the following in the order presented. All jurors must agree on each answer.

**(1) Has Great Northern Insurance Company shown by a preponderance of the evidence that the Flood Exclusion bars coverage for Madelaine in this case?**

        YES __✓__     NO _____

*If you answer "NO" to Question 1, proceed to Question 2.*
*If you answer "YES" to Question 1, skip Question 2. The foreperson should sign and date the verdict sheet, and give the marshal a note stating that you have reached a verdict.*

**(2) Please identify the amount of damages Madelaine has shown that it is entitled to recover by a preponderance of the evidence, as specified below:**

    (a) Identify the damages Madelaine is entitled to recover for physical loss or damage on a replacement cost value basis.

    $_____

    (b) Identify the damages Madelaine is entitled to recover for physical loss or damage on an actual cash value basis.

    $_____

    (c) Identify the damages Madelaine is entitled to recover for business income loss.

    $_____

*You are finished. The foreperson should sign and date the verdict sheet, and give the marshal a note stating that you have reached a verdict.*

Dated:     Brooklyn, New York
               July 28, 2022                                       _____
                                                                      FOREPERSON