# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Madelaine Chocolate Novelties, Inc. <br> *Plaintiff* <br> v. <br> Great Northern Insurance Company <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 15-CV-5830 (RJD) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The plaintiff recovers nothing from the defendant and the action is dismissed in it's entirety.

This action was *(check one)*:

☑ tried by a jury with Judge  Raymond J. Dearie  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/24/2022

*CLERK OF COURT*

/s/ Brenna B. Mahoney
*Signature of Clerk or Deputy Clerk*